THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

VS.

Case No. 3:15-cv-00528

BANDAI AMERICA INC.;
and DOES 1 THROUGH 50

FILED
SCRANTON

JUN 1 7 2015

Per _____
DEPUTY CLERK

NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint with prejudice, pursuant to Rule 41(a) of the rules of Civil Procedure, defendant not having answered or otherwise appeared.

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com